UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:07CR136-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DESHAWN HULL, )<br>)<br>Defendant. )<br>) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On October 15, 2008, this Court entered a Preliminary Order of Forfeiture *Nunc Pro Tunc* pursuant to Fed. R. Crim. P. 32(d)(2)and 21 U.S.C. §853, based upon the Defendant's plea of guilty to all Counts, including Court Five in the Bill of Indictment. In that Count Five, the Defendant was charged with a violation of 18 U.S.C. § 924(d).

On October 16, 2008 through November 14, 2008, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within sixty days from October 16, 2008, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the Defendant's conviction and the sentencing hearing, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore

been forfeited to the United States for disposition according to law:

**One CJA SKS 7.62 semi-automatic assault rifle and ammunition**

**One Ruger .22 caliber semi-automatic pistol and ammunition**

Signed: December 16, 2008

Frank D. Whitney
United States District Judge