AO 247 (NC/W 11/11)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DESHAWN HULL | ) Case No: DNCW307CR000136-001 |
| | ) USM No: 21352-058 |
| Date of Original Judgment: August 20, 2008 | ) |
| Date of Last Amended Judgment: N/A | ) Ann L. Hester |
| | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __42 months, + 60 months__ **is reduced to** __Time served + 10 days*__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Original Offense Level: | 19 | Amended Offense Level: | 13 |
| Criminal History Category: | III | Criminal History Category: | III |
| Original Guideline Range: | 37 to 46 months | Amended Guideline Range: | 18 to 24 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
■ Other (explain):   The original sentence was calculated by grouping the drug count with a firearm count. The firearm count was vacated per <u>Simmons</u>. Therefore, Amendment 750 now applies.

  *This includes the 60-month consecutive sentence imposed in Count Four for a conviction of 18 U.S.C. § 924(c).

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   August 20, 2008,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   January 21, 2014

Effective Date: _____
(if different from order date)

*signature*
Frank D. Whitney
Chief United States District Judge